**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON
DOCKET NO. 3:05CR104-20-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **GRADY DONNELL EADES,** | ) | |
| | ) | |
| Defendant. | ) | |

_____

**THIS MATTER** is before the Court on the Defendant's "Motion For Forensic Evaluation" filed June 10, 2005, and his "Amended Motion For Forensic Evaluation" and "Amended Notice Of Intention To Raise An Insanity Defense" both filed June 13, 2005, seeking evaluation of the Defendant pursuant to 18 U.S.C. §§ 4241 and § 4242. The motion(s) will be granted, as set forth below.

Upon examination of the record, as well as the subject Motions and Notice, the Court finds that there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent at the time of the alleged offenses and/or mentally incompetent at the present time to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Accordingly, **IT IS HEREBY ORDERED**:

1. That, pursuant to 18 U.S.C. § 4247(b), the defendant is committed forthwith to the custody of the Attorney General for placement in a suitable facility for the purpose of a psychological or psychiatric examination of defendant pursuant to 18

U.S.C. §§ 4241(a) and (b) and 4242(a);

2. That the time period for the examination be calculated to begin upon the defendant's arrival at the designated institution; and

3. That the report of the results of such examination be filed with the Court with copies provided to defense counsel and the United States Attorney as required by 18 U.S.C. § 4247(c).

The Clerk is directed to send copies of this Order to defense counsel, the United States Attorney, and the United States Marshal, with two additional copies of transmittal by the Marshal to the Warden of the designated institution.

**SO ORDERED.**

Signed: June 14, 2005

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge